UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREEMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINE INC. LONG TERM DISABILITY PLAN, et al.,<br><br>               Defendants. | Case No. CV 13-5161 JC<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO EFFECT SERVICE/FAILURE TO PROSECUTE |

      On July 17, 2013, plaintiff, who is represented by counsel, filed the Complaint in the above-captioned action. To date, plaintiff has not filed any proofs of service and no defendant has appeared in this action.

      Absent a showing of good cause, an action shall be dismissed if the Summons and Complaint have not served upon defendants within 120 days after the filing of the Complaint. Fed. R. Civ. P. 4(m). As the 120-day period has now expired without any evidence that the Complaint and Summons have been served, IT IS HEREBY ORDERED that plaintiff, by no later than November 25, 2013, shall show good cause, if there be any, why service was not timely made on the defendants, and why this case should not be dismissed for failure to effectuate service and/or for lack of prosecution.

///

Failure timely to respond to this Order to Show Cause or to show cause, may be deemed consent to the dismissal of this action and may result in the dismissal of this action for failure to effectuate service and/or for lack of prosecution.

IT IS SO ORDERED.

DATED: November 15, 2013

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE